# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY LUCE, )<br>        **Plaintiff,** )<br>v. )<br>     )<br>PRUCO LIFE INSURANCE COMPANY )<br>     )<br>        **Defendant.** ) | Case No. CIV-17-1134-P |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated in the action against all parties, with each party to bear its own attorneys' fees and costs.

**Dated this 24th day of April, 2018.**                    Respectfully,

                                                    s/Paul Kouri_____
                                                    PAUL KOURI, OBA# 20751
                                                    11221 E I 240 Service Rd
                                                    Oklahoma City, OK 73150
                                                    Telephone: (405) 831-5109
                                                    Facsimile: (800) 590-1966
                                                    paul@paulkourilaw.com
                                                    **Attorney for Plaintiff**

                                                    s/David Donchin
                                                    (Signed by Filing Attorney
                                                    with permission of Attorney)
                                                    David B. Donchin, OBA #10783
                                                    Katherine T. Loy, OBA #15358
                                                    Alexandra Butts Brady, OBA #31957
                                                    Durbin, Larimore & Bialick
                                                    920 North Harvey
                                                    Oklahoma City, OK 73102-2610

        Telephone:  (405) 235-9584
        Facsimile:  (405) 235-0551
        dlb@dlb.net
        **Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David B. Donchin, OBA #10783
Katherine T. Loy, OBA #15358
Alexandra Butts Brady, OBA #31957
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone:  (405) 235-9584
Facsimile:  (405) 235-0551
dlb@dlb.net
**Attorneys for Defendant**

        s/Paul Kouri_____